# CIVIL CAUSE FOR INFANT COMPROMISE HEARING

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   SEP 10 2019   ★

LONG ISLAND OFFICE

## BEFORE: JUDGE FEUERSTEIN

DATE: September 10, 2019          TIME: 60 MINUTES

CASE NUMBER:    2:19-cv-02222-SJF-AYS

CASE TITLE:     L.S. et. al. v. East Williston Union Free School District et. al.

PLTFFS ATTY:    David Ehrlich
                 X  present           ___ not present

DEFTS ATTY:     appearance waived
                ___ present            X  not present

COURT REPORTER: DT

COURTROOM DEPUTY: BMM

X   CASE CALLED.

_   STATUS CONFERENCE SET FOR _

X   SEALED ORDER SIGNED AND ENTERED ON THE RECORD.

OTHER: Transcript sealed. Case Closed.